

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-1385-14

KENNETH GERHART ANDREW**, Appellant**

**v.**

**THE STATE OF TEXAS**

### ORDER PURSUANT TO TEXAS RULES OF
### APPELLATE PROCEDURE RULE 9.10

*Per curiam.*

### ORDER

This cause is before this Court on petition for discretionary review from Court of Appeals case number 14-07-00241-CR, trial court case number 1058171 in the 177th District Court of Harris County.

The Clerk of this Court has discovered sensitive data in the record, namely: the name of the complainant who was a minor TEX. CODE CRIM. PROC. art 57.02(h). TEX. R. APP. P. Rule 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk

of this Court to redact or seal the discovered sensitive data from the records identified and listed below. The Court further orders the trial court clerk, the clerk of the court of appeals, or any entity or individual possessing the following documents to redact or seal the documents pursuant to this order:

1.   Clerk's Record

2.   Reporter's Record

3.   Appellant's Brief (filed in the court of appeals)

4.   Petition for Discretionary Review

Filed:  May 27, 2015

Do not publish